# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00043-CV

**Mosie Parks, Appellant**

**v.**

**Timber Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-000027, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mosie Parks appeals from a judgment awarding possession in a forcible detainer case. After Parks failed to timely file her brief, the Clerk of this Court wrote her advising that her brief was overdue and that if she did not file a brief or otherwise respond by June 23, 2014, her appeal would be subject to dismissal for want of prosecution. The June 23 deadline has passed, and Parks has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed: July 11, 2014